# OF DEFENDANTS: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | CR. NO.: 2:16-949 |
|---|---|
| v. | 18 USC § 922(g)(1), 924(a)(2), and 924(e) |
| SEALED INDICTMENT | |

A **True** BILL

[defendant name redacted]

The within Indictment was received by the Court at **1:05** a.m./**p.m.** on December **14**, 2016, and sealed by the Court. Bench Warrants are to be immediately issued and turned over to the United States Marshals Service for service. When a named defendant is arrested, the United States Attorney is authorized to disclose the Indictment to the appropriate United States Magistrate Judge and the defendant. All Bench Warrants and any documents related to service are to be issued under seal.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

Dec. 14, 2016

-1-